## CHANDLER *v.* ORR.

*Lumpkin, J.*—This case, involving only the location of a disputed boundary line between coterminous proprietors of lands, who claimed under a common source of title, and depending entirely upon questions of fact peculiarly for determination by a jury, and the evidence being voluminous and conflicting, this court cannot undertake to say that the trial judge abused his discretion in refusing to set aside a second verdict in favor of the plaintiff.　　　　　　　　　　　　*Judgment affirmed.*

March 16, 1896. Argued at the last term.

Ejectment. Before Judge Falligant. Chatham superior court. March term, 1895.

*Isaac Beckett* and *Lester & Ravenel*, for plaintiff in error. *McAlpin & LaRoche*, contra.